Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
Elizabeth J. Ireland (admitted *pro hac vice*)
eireland@winston.com
Janelle A. Li-A-Ping (SBN: 330805)
jliaping@winston.com
Alexandra Aurisch (SBN: 296525)
aaurisch@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for Defendant*
AGA SERVICE COMPANY and
JEFFERSON INSURANCE COMPANY

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SMITH, an individual, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, d/b/a ALLIANZ GLOBAL ASSISTANCE; JEFFERSON INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 2:20-cv-08557-AB-AFM**<br><br>**STIPULATION CONTINUING MOTION DEADLINE**<br><br>Complaint Served: August 20, 2020<br><br>Complaint Removed: September 17, 2020<br><br>Current Trial Date: June 21, 2022, at 8:30 a.m. |

## STIPULATION

Plaintiff Sarah Smith ("Plaintiff") and Defendants AGA Service Company and Jefferson Insurance Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of records, hereby stipulate and agree as follows:

|   |   |
|---|---|
| 1 | WHEREAS in its September 20, 2021, Order on Second Stipulation Continuing Pretrial and Trial Dates (Doc. 31), this Court set the Last Date to Hear Motions as March 18, 2022; |
| 4 | WHEREAS the parties have worked diligently since the time of that order to exchange certain fact and expert discovery and to complete briefing on the Motion for Class Certification; |
| 7 | WHEREAS the Motion for Class Certification is scheduled to be heard on March 18, 2022; |
| 9 | WHEREAS certain parties may seek to file certain additional motions, including dispositive motions prior to trial; |
| 11 | WHEREAS the parties believe that further motion practice would be aided by prior receipt of the Court's order on the Motion for Class Certification; |
| 13 | WHEREAS the current scheduling order may require the filing of dispositive motions on or before February 11, 2022, and all other motions by February 18, 2022, so they may be heard by March 18, 2022; |
| 16 | WHEREAS the party opposing any dispositive motion would like the benefit of a 21-day response period and the moving party would like the benefit of a 14-day reply period; |
| 19 | WHEREAS the parties have met and conferred and agree that moving the motion deadline out until they can have the benefit of a decision on the pending class certification motion is beneficial for both the parties and court prior to further motion practice so issues can be defined and briefing focused; |
| 23 | WHEREAS good cause exists to continue the motion deadline; |
| 24 | WHEREAS good cause also exists because: (1) the length of the continuance is reasonable and appropriate; (2) a continuance will not prejudice either party or any witnesses; (3) the Parties have stipulated to a continuance; and (4) the Parties believe the interests of justice are best served by a continuance of the trial date in this matter; |

WHEREAS, subject to Court approval, the Parties have further agreed to the following briefing schedule and hearing date for dispositive and other motions:

- April 1, 2022: Motion filing deadline for all motions currently due February 11, 2022, and February 18, 2022;
- April 22, 2022: Deadline for Opposition to Motion(s);
- May 6, 2022: Deadline for Reply in support of Motion(s);
- May 20, 2022: Last day for hearing on Motion(s) (continued from March 18, 2022)

WHEREAS, the Parties acknowledge that Motion hearing deadline will now be less than twelve (12) weeks before the current Final Pre-Trial Conference and will continue to meet and confer regarding potential new conference and trial dates (and related deadlines) so as to submit new dates following the ruling on Class Certification;

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, by and through their respective counsel, as follows: The following briefing schedule for motions, including dispositive motions shall apply:

- April 1, 2022: Motion filing deadline for all motions currently due February 11, 2022, and February 18, 2022;
- April 22, 2022: Deadline for Opposition to Motion(s);
- May 6, 2022: Deadline for Reply in support of Motion(s);
- May 20, 2022: Last day for hearing on Motion(s) (continued from March 18, 2022)

**IT IS SO STIPULATED.**

Dated:  February 4, 2022                    ZIMMERMAN REED LLP

By: */s/ Caleb Marker*
Caleb Marker
Arielle Canepa
6420 Wilshire Boulevard Suite 1080
Los Angeles, CA 90048
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

caleb.marker@zimmreed.com
flinn.milligan@zimmreed.com

*Attorneys for Plaintiff*
SARAH SMITH

Dated: February 4, 2022         WINSTON & STRAWN LLP

By: */s/ Gayle I. Jenkins*
Gayle I. Jenkins
Elizabeth J. Ireland
Janelle A. Li-A-Ping

*Attorneys for Defendants*
AGA SERVICE COMPANY and
JEFFERSON INSURANCE COMPANY

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 4, 2022                    WINSTON & STRAWN LLP

/s/ *Gayle I. Jenkins*
Gayle I. Jenkins