1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SMITH, an individual, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, d/b/a ALLIANZ GLOBAL ASSISTANCE; JEFFERSON INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-08557-AB-AFM<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING STIPULATION CONTINUING MOTION DEADLINE**<br><br>(Assigned to the Honorable André Birotte Jr.)<br><br>Complaint Served: August 20, 2020<br><br>Complaint Removed: September 17, 2020<br><br>Current Trial Date: June 21, 2022, at 8:30 a.m. |

1

**[PROPOSED] ORDER**

## [PROPOSED] ORDER

Having reviewed and considered the Parties' Stipulation Continuing Motion Deadline, and good cause appearing therefore, IT IS HEREBY ORDERED that the following briefing schedule for motions, including dispositive motions shall apply:

- April 1, 2022: Motion filing deadline for all motions currently due February 11, 2022, and February 18, 2022;
- April 22, 2022: Deadline for Opposition to Motion(s);
- May 6, 2022: Deadline for Reply in support of Motion(s);
- May 20, 2022: Last day for hearing on Motion(s) (continued from March 18, 2022)

**IT IS SO ORDERED.**

Date:_____

_____
Honorable André Birotte Jr.