1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SARAH SMITH, an individual, on behalf of the general public,

Plaintiff,

v.

AGA SERVICE COMPANY, d/b/a ALLIANZ GLOBAL ASSISTANCE; JEFFERSON INSURANCE CO.; and DOES 1-100, inclusive,

Defendants.

Case No. 2:20-cv-08557-AB-AFM

**CLASS ACTION**

**[PROPOSED] ORDER REGARDING STIPULATION CONTINUING MOTION DEADLINE**

(Assigned to the Honorable André Birotte Jr.)

The Court approves the Parties' Stipulation Continuing Motion Deadlines and **ORDERS** that the following briefing schedule for motions shall apply:

- April 1, 2022: filing deadline for all motions now due February 11 and 18, 2022
- April 22, 2022:  Deadline for Opposition;
- May 6, 2022: Deadline for Reply;
- May 20, 2022: hearing on Motion(s) (continued from March 18, 2022)

**IT IS SO ORDERED.**

Date: February 7, 2022

_____
Honorable André Birotte Jr.