Gayle I. Jenkins (SBN: 168962)
gjenkins@winston.com
Elizabeth J. Ireland (admitted *pro hac vice*)
eireland@winston.com
Janelle A. Li-A-Ping (SBN: 330805)
jliaping@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendants
AGA SERVICE COMPANY and
JEFFERSON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SMITH, an individual, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, d/b/a ALLIANZ GLOBAL ASSISTANCE; JEFFERSON INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. 2:20-cv-08557-AB-AFM**<br><br>*[Assigned for all purposes to the Honorable Andre Birotte Jr.]*<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Sarah Smith ("Plaintiff") and Defendants AGA Service Company and Jefferson Insurance Company ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that Plaintiff's individual claims in the above-captioned case shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties further stipulate that this dismissal shall not affect the alleged claims of any other individual, as no class was certified.


Dated:  December 12, 2022          WINSTON & STRAWN LLP

                                   By: /s/ Gayle I. Jenkins
                                        Gayle I. Jenkins
                                        Attorneys for Defendant
                                        AGA SERVICE COMPANY and
                                        JEFFERSON INSURANCE COMPANY


Dated:  December 12, 2022          ZIMMERMAN REED LLP

                                   By: /s/ Caleb Marker
                                        Caleb Marker
                                        Flinn Milligan
                                        Attorneys for Plaintiff Sarah Smith