# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SMITH, an individual, on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, d/b/a ALLIANZ GLOBAL ASSISTANCE; JEFFERSON INSURANCE COMPANY; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-08557-AB-AFM<br><br>*[Assigned for all purposes to the Honorable Andre Birotte Jr.]*<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Court APPROVES the Stipulation of Dismissal and hereby DISMISSES WITH PREJUDICE Plaintiff Sarah Smith's individual claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). As Plaintiff's Motion for Class Certification was denied, this dismissal does not affect the claims of any other individual. Each Party to bear its own fees and costs unless as otherwise provided for between the Parties.

**IT IS SO ORDERED**.

Dated: December 14, 2022

_____
HON. ANDRE BIROTTE JR.
United States District Judge